```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 07 B 07500
    PAUL W CRAWFORD II
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-6567

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/25/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
AMERICAN HONDA FINANCE   SECURED VEHIC            .00          .00           .00
AMERICAN HONDA FINANCE   UNSECURED       NOT FILED            .00           .00
DEUTSCHE BANK            CURRENT MORTG            .00          .00           .00
DEUTSCHE BANK            MORTGAGE ARRE            .00          .00           .00
CHASE BANK ONE AUTO FINA CURRENT MORTG            .00          .00           .00
CAPITAL ONE              UNSECURED             933.28          .00           .00
DANA DETRMAN             UNSECURED       NOT FILED            .00           .00
DEPENDON COLLECTION SE   UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC      UNSECURED             536.55          .00           .00
TCF BANK                 UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP    UNSECURED            2777.66          .00           .00
AFNI/VERIZON WIRELESS    UNSECURED             362.41          .00           .00
JP MORGAN CHASE BANK NA  SECURED NOT I            .00          .00           .00
ALONZO H ZAHOUR          ATTORNEY        NOT FILED            .00           .00
ROSS & ASSOCIATES        DEBTOR ATTY              .00                        .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                         1,450.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 1,450.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                     1,450.00
                       ---------------        ---------------
TOTALS                  1,450.00                  1,450.00



                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07500 PAUL W CRAWFORD II
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/05/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |